Case 7:23-cv-00397   Document 93   Filed on 10/16/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BARBARA DENNIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-397 |
| | § | |
| PHH/OCWEN LOAN SERVICING LLC | § | |
| DEUTSCHE BANK NATIONAL TRUST | § | |
| COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Court's Amended Order (Doc. 81), Final Judgment is entered in favor of Defendant PHH/Ocwen Loan Servicing LLC Deutsche Bank National Trust Company as to all of Plaintiff Barbara Dennis's causes of action. Plaintiff Barbara Dennis takes nothing in this lawsuit against PHH/Ocwen Loan Servicing LLC Deutsche Bank National Trust Company.[1]

This is a final and appealable order.

Each party shall be responsible for its own fees and costs.

The Clerk of Court is directed to close this case.

Signed on October 16, 2025.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge

---

[1] Plaintiff Barbara Dennis named "Does 1–100" as defendants, but never identified or served any other defendants.